In the Matter of the Claim of PAULINE G. WHEELER, Respondent, v. LYNN SHIRT COMPANY, INC., et al., Appellants.  WORKMEN'S COMPENSATION BOARD, Respondent.—

698

Bergan, P. J., Coon, Gibson and Taylor, JJ., concur; Reynolds, J., dissents, and votes to reverse and dismiss the claim.